**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
JIA JIA ZHENG, as Administrator of the Estate of
E.L,

                              Plaintiff,

           -against-                                             25 **CIVIL** 3695 (MKV)

                                                                 **JUDGMENT**

UNITED STATES OF AMERICA,

                              Defendant.
------------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion & Order dated March 23, 2026, the Government's motion to

dismiss or in the alternative for summary judgment [ECF No. 17] is GRANTED; accordingly,

the case is closed.

**Dated:** New York, New York

        March 24, 2026

                                                       **TAMMI M. HELLWIG**
                                         _____
                                                       **Clerk of Court**

                                                       K. mango
                              **BY:**
                                         _____
                                                       **Deputy Clerk**